GARY S. BELL, ASSOCIATES, INC. v. MERLIN
INTERNATIONAL, INC.

August 13, 1982.

The parties to this matter having stipulated to a dismissal of the within appeal it is ORDERED that the appeal in this matter be and hereby is dismissed.

CHARLOTTE COGLIATI v. ECCO HIGH FREQUENCY
CORPORATION.

August 30, 1982.

Petition for certification granted.